# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

146567

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

KATHY D. DALLAIRE, Individually & as
Personal Representative of the Estate of
GREGG ALAN DALLAIRE,
    Plaintiff-Appellant,

v

SC: 146567
COA: 308028
Ingham CC: 11-000720-NH

TREATMENT WORKS, INC., d/b/a
MICHIGAN TREATMENT (TX) WORKS,
INC., a/k/a MICHIGAN ACCESS CENTER,
INC., NDUBISI EZE IZIMA, KAREN M.
MOORE, VERONA MORTON, IMOGENE
RUFFIN, and ALEKSANDRA JASINSKI,
    Defendants-Appellees.

_____/

   On order of the Court, the application for leave to appeal the December 18, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



p1021

             Clerk